## STATE OF MARYLAND *v.* DANIEL W. PALMATORY

[No. 119, September Term, 1978.]

*Decided December 20, 1978.*

Submitted by *Francis B. Burch, Attorney General, Clarence W. Sharp* and *Alice G. Pinderhughes, Assistant Attorneys General,* for appellant.

Submitted by *Alfred L. Scanlan, Jr., Assigned Public Defender,* for appellee.

### O R D E R

It is this 20th day of December, 1978

ORDERED, by the Court of Appeals of Maryland, that the above entitled case be, and it is hereby, remanded to the Court of Special Appeals without affirmance or reversal for reconsideration in light of *State v. Bryan,* No. 28, September Term, 1978 decided December 19, 1978 (284 Md. 152, 395 A. 2d 475 (1978)).